UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LIBERTY MUTUAL FIRE           )
INSURANCE COMPANY             )
                              )
                Plaintiff,    )    Case No. 2:14-cv-02332-CM-JPO
                              )
vs.                           )
                              )
THE CLEMENS COAL COMPANY,     )
DENNIS WOOLMAN,               )
and CLAYTON SPENCER           )
                              )
                Defendants.   )

## WOOLMAN'S MOTION TO EXCLUDE FROM EVIDENCE THE TESTIMONY AND REPORT OF R. BRYAN TILDEN

COMES NOW, Defendant/Counterclaim Plaintiff Dennis Woolman, by and through is attorneys of record, and moves this Court for an order prohibiting the introduction into evidence of R. Bryan Tilden's expert report and testimony. Suggestions in Support of this Motion are filed contemporaneously herewith.

ENSZ & JESTER, P.C.

JAMES H. ENSZ              KS #13040
ROBERT O. JESTER          KS FED #70451
WESLEY J. CARRILLO        KS #23984
1100 Main Street, Suite 2121
Kansas City, MO 64105
Telephone:   816-474-8010
Facsimile:   816-471-7910
jensz@enszjester.com
rjester@enszjester.com
wcarrillo@enszjester.com
**ATTORNEYS FOR DEFENDANT WOOLMAN**

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, the foregoing was filed with the Clerk of the Court using the electronic filing system which will provide notice and service to all counsel of record and was also served *via* United States mail, first class, postage prepaid to:

Bruce A. Moothart
Ryan J. Watson
Peter K. Andreone
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main St., Suite 310
Kansas City, MO  64112
bruce@sbhlaw.com
ryan@sbhlaw.com
peter@sbhlaw.com
**Attorneys for Plaintiff**

                                                     Attorney for Defendant