IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

     Plaintiff,

vs.                    Case No. 2:14-cv-02332-CM-JPO

THE CLEMENS COAL COMPANY,
DENNIS WOOLMAN,
and CLAYTON SPENCER,

     Defendants.

     DEPOSITION OF ROBERT BRYAN TILDEN, JR.,
a witness, taken on behalf of Defendant Woolman,
pursuant to Notice, on the 18th day of September,
2015, at the law offices of SEYFERTH BLUMENTHAL &
HARRIS LLC, 4801 Main Street, Suite 310, Kansas
City, Missouri, before

AVANELLE L. SULLIVAN

for AAA Court Reporting Company, a Registered
Professional Reporter, Certified in Missouri and
Kansas.

APPEARANCES

     For the Plaintiff:
        MR. BRUCE A. MOOTHART
        SEYFERTH BLUMENTHAL & HARRIS LLC
        4801 Main Street, Suite 310
        Kansas City, Missouri 64112

     For the Defendant Woolman:
        MR. ROBERT O. JESTER
        ENSZ & JESTER, PC
        1100 Main Street, Suite 2121
        Kansas City, Missouri 64105



8001 Conser, Suite 200
Overland Park, KS 66204
(913) 385-2699 · Fax 385-2693

AAA COURT REPORTING

Toll Free (800) 205-7930
www.aaacourtreporters.com
mail@aaacourtreporters.com

EXHIBIT 1

A.  It was put on at inception, yes, sir.

Q.  Okay.  And do we know whether or not that was offered by the agent or part of the prior policy?

A.  Could not ascertain from the prior policy.

Q.  But at least there were optional coverages, at least that were made a part of the policy; correct?

A.  That's correct.

Q.  So if I review paragraph 4 of your opinion and the subparts, we do not have facts or data to support numerous of the statements made by you; is that correct?

A.  There are no facts to support that these were done or not done.

Q.  Right.  But you're saying because they were not done, it's the Clemens Coal responsibility they were not done.  Is that what you're saying?

A.  No, sir.  I'm saying this is the expectation of an agent or an underwriter in the insurance marketplace that the insured participates in the application and review of the policy process.

Q.  All right.  And in this particular instance,

8001 Conser, Suite 200
Overland Park, KS 66204
(913) 385-2699 · Fax 385-2693

AAA COURT REPORTING

Toll Free (800) 205-7930
www.aaacourtreporters.com
mail@aaacourtreporters.com

EXHIBIT 1

if these things did not occur, is there any responsibility on the agent for seeing that they occur?

A.  No, sir.

MR. MOOTHART:  Can we take a short break?

MR. JESTER:  Sure.

MR. MOOTHART:  We've been going an hour.

MR. JESTER:  Sure.

(A recess was taken.)

Q.  (By Mr. Jester)  All right, Mr. Tilden.  We're back on the record and I believe we're ready for Subsection No. 5 of your particular opinion which states, "Clemens failed to perform those responsibilities when it purchased workers' compensation and employers liability coverage" -- or "these responsibilities."  I'm sorry.

What responsibilities are you referring to?

A.  Starting at the top, I cannot ascertain what the insured requested -- this is "a" on the bottom of 4.

Q.  Oh, okay.  So is No. 5 referring to everything

8001 Conser, Suite 200
Overland Park, KS 66204
(913) 385-2699 · Fax 385-2693

AAA COURT REPORTING

Toll Free (800) 205-7930
www.aaacourtreporters.com
mail@aaacourtreporters.com

EXHIBIT 1