UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 2:14-cv-02332-CM-JPO |
| | ) | |
| THE CLEMENS COAL COMPANY, DENNIS WOOLMAN, and CLAYTON SPENCER | ) ) ) ) | |
| Defendants. | ) ) | |

Prepared by R. Bryan Tilden, CPCU, CLU, ARM, ALCM, ChFC, CIC, SCLA
TILDEN AND ASSOCIATES
Pittsboro, North Carolina
June 29, 2015

1

EXHIBIT 2

# PREFACE

I, R. Bryan Tilden, have been engaged by counsel for Liberty Mutual Fire Insurance Company ("Liberty") to review certain materials relating to a claim presented under Workers Compensation Policy Number WC2-141-431924-016 ("Policy") issued to Clemens Coal Company ("Clemens") and to, in summary, provide an opinion relating to the procurement and underwriting of the Policy, all as described in detail in this report.

I have over 41 years' experience in the insurance and risk management industry as an author, broker, consultant, underwriter, drafter of policy forms and endorsements, teacher, historian, claim examiner and consultant for both insureds and insurers. I have placed business, as a retail and surplus lines broker representing the insured, in the international insurance market, including coordinated placements with Lloyd's brokers, Lloyd's syndicates, United States, Canadian, British and European insurance companies. I have handled claims, progressing from small claims to claims over $1,000,000. I have worked with Lloyd's brokers, Lloyd's syndicates, United States, Canadian, British, Bermudian and European companies in the drafting, underwriting and placement of insurance policies, both marine and non-marine, and in the adjustment of property and liability losses, including builders risk policies. I teach the construction, drafting, underwriting, adjusting and analysis of builders risk policies throughout the United States, Canada, the Caribbean, Bermuda and the European Union. I have testified in the United States and London regarding the above subject matter. I am familiar with the custom and practices of the international insurance marketplace, including the London, European, Caribbean, Canadian, Bermudian and United States markets.

My curriculum vitae is attached hereto as Exhibit A. The facts and data I considered in forming my opinions expressed in this report are listed in the documents provided section of this report. My

2

EXHIBIT 2

billing rate to Liberty for study and testimony in this matter is $250 an hour.[1]  These are my opinions to a reasonable degree of professional certainty.  *Because discovery is ongoing, I reserve the right to amend or supplement this report.*

# DOCUMENTS PROVIDED

1.  Complaint for Declaratory Judgment;

2.  Answer and Counterclaim of Defendant Dennis Woolman;

3.  Liberty Mutual Fire Insurance Company's Answer to Counterclaim of Defendant Dennis Woolman;

4.  Plaintiff Liberty Mutual Fire Insurance Company's Responses and Objections to Defendant Dennis Woolman's First Request to Production of Documents to Plaintiff Liberty Mutual Fire Insurance Company;

5.  Plaintiff Liberty Mutual Fire Insurance Company's Responses and Objections to Defendant Dennis Woolman's Opening Interrogatories to Plaintiff Liberty Mutual Fire Insurance Company;

6.  Answers and Objections to Plaintiff's First Interrogatories to Defendant Dennis Woolman;

7.  Responses and Objections to Plaintiff's First Request for Production of Documents to Defendant Dennis Woolman;

8.  Deposition of Diana Trent and Exhibits;

9.  Deposition of Debbie Smith and Exhibits;

---

[1] No portion of my compensation is dependent upon the result of this litigation.

EXHIBIT 2

10. Deposition of Dennis Woolman and Exhibits;

11. Documents Provided by Defendant – Hartford Change in Information Page (No Bates Stamp, 2 pages); and

12. Documents Provided by Defendant Bates LMFIC000001 – LMFIC000574.

## OPINIONS

I.    Liberty had no responsibility to recognize or advise the absence of Black Lung Disease Coverage to Clemens.

1.  In custom and practice, Liberty had a responsibility to use the skill and care which a reasonable and prudent person engaged in the insurance business would use under similar circumstances.

2.  In custom and practice, a reasonable and prudent insurance agent and underwriter has a responsibility to act in good faith and follow the instructions of its customers.

3.  Liberty followed the custom and practice of the insurance industry by presenting a quotation for the Policy.

   a.  The record does not indicate that Black Lung Disease Coverage was ever requested by Clemens.

   b.  The record indicates that Liberty would not have provided Black Lung Disease Coverage to Clemens.

4.  In custom and practice, an insurance agent and underwriter relies on the insured to:

   a.  Request the specific coverage desired, including, whether to insure a particular risk and the extent of coverage for that risk;

4

EXHIBIT 2

b.  Determine which insurer(s) to use;

c.  Determine which insurance agent(s) to use;

d.  Complete applications or otherwise cooperate in the application process;

e.  Review the application;

f.  After receiving the policy, must ensure the particular provisions are acceptable;

g.  Read the policy, and in doing so, ask for an explanation of any confusing provisions, and ask the insurance agent to change any unacceptable provisions;

h.  If coverage needs to be changes, must inform the producer and ask for changes;

i.  Must ask the producer to renew the policy.

5.  Clemens failed to perform these responsibilities when it purchased Workers Compensation and Employers Liability Coverage.

6.  A special relationship never existed between Liberty and Clemens because Liberty never offered, nor did it ever to agree, to perform any of these responsibilities; nor did Liberty offer risk management services.   In addition, Liberty never received additional compensation for consulting and advice.  Based on these objective criteria, it appears that an ordinary insurance agent/insurance company-customer relationship existed between Liberty and Clemens.

7.  Based on the responsibilities and actions of both Liberty as the insurance company and insurance agent, and Clemens as the insured, Clemens could not justifiably expected or relied on Liberty to take affirmative action to procure Black Lung Disease Coverage.

EXHIBIT 2

_R. Bryan Tilden_

R. Bryan Tilden
CPCU, CLU, ARM, ALCM, ChFC, CIC

6

EXHIBIT 2

*Curriculum Vitae*
*of*
### R. Bryan Tilden
526 Red Gate Road
Pittsboro, North Carolina 27312-7934
*Office:* 919.542.1042 • *Fax:* 919.542.6255 • *E-mail:* tilden@mindspring.com

---

**EDUCATION:**

**Senior Claim Law Associate,** 2008
AMERICAN EDUCATIONAL INSTITUTE, INC.
Basking Ridge, New Jersey

**Chartered Financial Consultant,** 1983
THE AMERICAN COLLEGE
Bryn Mawr, Pennsylvania

**Associate in Loss Control Management,** 1983
INSURANCE INSTITUTE OF AMERICA
Malvern, Pennsylvania

**Associate in Risk Management**, 1982
INSURANCE INSTITUTE OF AMERICA
Malvern, Pennsylvania

**Chartered Life Underwriter**, 1982
THE AMERICAN COLLEGE
Bryn Mawr, Pennsylvania

**Chartered Property Casualty Underwriter**, 1980
THE AMERICAN INSTITUTE FOR PROPERTY AND LIABILITY
UNDERWRITERS
Malvern, Pennsylvania

**Certified Insurance Counselor**, 1978
SOCIETY OF CERTIFIED INSURANCE COUNSELORS
Austin, Texas

**HONORS/ACTIVITIES:**

Continuing Professional Development, Society of Chartered Property Casualty Underwriters, 2013 - 2015

Grading Panel Member, The American Institute for Property and Liability Underwriters

Grading Panel Member, Insurance Institute of America

National Faculty Member, Society of Certified Insurance Counselors

Faculty, ACORD Power of Change Workshop, 1995 to present

Faculty, Independent Insurance Agents Virtual University,
commentator to ISO, AAIS and ACORD

Ernest F. Young Education Award, 1988

North Carolina Independent Agent of the Year, 1989

Frequent contributor the *The John Liner Letter*
articles on Business Income, CGL, Auto, Risk Management

Reviewer, various CPCU and Insurance Institute textbooks

EXHIBIT 2

*R. BRYAN TILDEN*          *PAGE 2*

**MEMBERSHIPS:**          International Association of Arson Investigators
                         Society of Certified Insurance Counselors
                         Society of Chartered Property Casualty Underwriters
                         Society of Claims Law Associates
                         Society of Financial Service Professionals

**LICENSES:**            Property and Liability Agent, North Carolina, New Jersey
                         Life and Health Agent, North Carolina, New Jersey
                         Medicare Supplement and Long Term Care Agent, North Carolina

**EXPERIENCE:**          April 1997 to Present
                         **Training and Consulting**
                         Tilden & Associates
                         Pittsboro, North Carolina

                         September 1995 to March 1997
                         **Director of Technical Affairs**
                         Independent Insurance Agents of North Carolina, Inc.
                         Raleigh, North Carolina

                         March 1990 to August 1995
                         **Director of Education**
                         Independent Insurance Agents of North Carolina, Inc.
                         Raleigh, North Carolina

                         September 1983 to March 1990
                         **Account Executive**
                         Chapel Hill Insurance Agency, Inc.
                         Chapel Hill, North Carolina

                         September 1979 to July 1983
                         **Vice President**
                         Thomas Rutherfoord, Inc.
                         Roanoke, Virginia

                         December 1978 to September 1979
                         **Account Executive**
                         Marsh & McLennan, Inc.
                         Washington, DC

                         July 1974 to December 1978
                         **Account Executive**
                         Herb Holland Company, Inc.
                         Chapel Hill, North Carolina

**PUBLICATIONS:**        The CPCU Society. "A Guide to the CGL Aggregate Limits",
                         http://www.cpcusociety.org/learning/campus/how.shtml , 1999
                         The CPCU Society, "A Guide to the Motor Carrier Act",
                         http://www.cpcusociety.org/learning/campus/how.shtml. 1999
                         The CPCU Society, "A Guide to Value Reporting Form",
                         http://www.cpcusociety.org/learning/campus/how.shtml. 1999 EXHIBIT 2

*R. BRYAN TILDEN*          PAGE 3

R. Bryan Tilden, *1999 Business Auto Policy, Changes and Issues* (Albany: Professional Insurance Agents, 1999)

----, *2000 Commercial Property Changes* (Malvern: The CPCU Society, 2000)

----, *2000 Homeowners Policy Changes* (Malvern: The CPCU Society, 2000)

----, *2001 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2001)

----, *2001 Business Automobile Policy Changes* (Pittsboro, NC: Tilden and Associates, 2001)

----, *2002 Commercial Property Changes* (Malvern: The CPCU Society, 2002)

----, *2004 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2004)

----, *2007 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2007)

---- *2008 Commercial Property Changes* (Malvern: The CPCU Society, 2008)

----, *2010 Automobile Policy Changes* (Malvern: The CPCU Society, 2011)

----, *2011 Homeowners Policy Changes* (Malvern: The CPCU Society, 2011)

----, *2012 Commercial Property Policy Changes* (Malvern: The CPCU Society, 2013)

----, *2013 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2013)

----, *Additional Insured* (Austin: Society of Certified Insurance Counselors, Inc., 1996, 2005, 2013; Malvern: The CPCU Society, 1999, 2001, 2004, 2005, 2013)

----, *Advanced Business Income* (Malvern: The CPCU Society, 1990 – 2013)

----, *Advanced Inland Marine* (Malvern: The CPCU Society, 2000)

----, *Advanced Pollution Liability* (Malvern: The CPCU Society, 1999 - 2012)

----, *Arson and the Insurance Contract* (Austin: Society of Certified Insurance Counselors, Inc., 1998, 2004, 2012)

----, *Bonus Life and Non-Qualified Deferred Compensation Plans* (Pittsboro, NC: Tilden and Associates, 1998)

----, *Budgeting* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1995)

R. Bryan Tilden and Donald Malecki, *Builders Risk, Wrap-Ups and Course of Construction* (Malvern. The CPCU Society, 2006)

R, Bryan Tilden, *Business Automobile Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1993, 1994, 1997, 1999, 2002, 2004, 2005, 2006, 2010)

EXHIBIT 2

*R. BRYAN TILDEN*          *PAGE 4*

----, *Business Owner's Policy* (Austin: Society of Certified Insurance Counselors, Inc., 1990 – 2002, 2010)

----, *Claims Handling* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Closing Gaps in Property Insurance* (Malvern: The CPCU Society, 1999, 2007)

----, *Commercial Account, The* (Malvern: The CPCU Society, 1999, 2001, 2005)

----, *Commercial Crime Program* (Austin: Society of Certified Insurance Counselors, Inc., 1988, 1991, 1992, 1999, 2000, 2006; Malvern: The CPCU Society, 2000, 2006, 2009)

----, *Commercial General Liability Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1992, 1994, 1996, 1997, 1998, 1999, 2001, 2004, 2007, 2013)

----, *Commercial Property Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Commercial Property Causes of Loss Forms* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Contract Bonds* (Pittsboro, NC: Tilden and Associates, 1999)

R. Bryan Tilden and Donald Malecki, *Contractual Risk Transfer* (Malvern. The CPCU Society, 2005)

R. Bryan Tilden, *Director's and Officer's Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1997; 2002 Malvern: The CPCU Society, 1998, 2000, 2002)

----, *Disability Income and Long Term Care Insurance* (Pittsboro, NC: Tilden and Associates, 2006)

----, *Employee Leasing – The New CGL.* Counselor C93 #6 December (1993): 1-4

----, *Employment Related Practices* (Pittsboro, NC: Tilden and Associates, 1999, 2011)

----, *Endorsements to the Commercial Property Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Essentials of Legal Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1995)

----, *Essentials of Life Insurance* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1991)

----, *Estate Planning* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Estate Planning Techniques, Gifts, Trusts and Family Limited Partnerships* (Pittsboro, NC: Tilden and Associates, 2000)

R. Bryan Tilden and Donald Malecki, *Evolution of the CGL,* (Malvern. The CPCU Society, 2007)

R. Bryan Tilden, *Excess Liability and Commercial Umbrella Policies* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1995, 1997, 2013)

EXHIBIT 2

*R. BRYAN TILDEN*          *PAGE 5*

----, *Flood Insurance*, (Austin: Society of Certified Insurance Counselors, Inc., 1998)

----, *Garage Policy* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1993, 1994, 1998, 2006)

----, *Hidden Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1995, 1997, 2000; Malvern: The CPCU Society, 1998, 2004, 2010, 2013)

----, *Homeowner's Policy* (Pittsboro, NC: Tilden and Associates, 1998, 2001, 2011)

----, *Homeowner's Tricks and Traps* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1993, 1997, 2001, 2013)

----, *How to Determine the Financial Stability of an Insurance Company* <u>Agents Journal</u> Spring (1985) 18 - 19

----, *Human Resources* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1996)

----, *Insurance Fraud* (Pittsboro, NC: Tilden and Associates, 2001)

----, *Insurance Statute and Rules Update, An Agents' Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1991)

----, *Insuring Contractors* (Malvern: The CPCU Society, 1998, 1999, 2004, 2007, 2013)

----, *Insuring Defective Construction* (Malvern: The CPCU Society, 2002, 2004, 2007, 2013; Austin: Society of Certified Insurance Counselors, 2002, 2004, 2007, 2013)

----, *Insuring the E-Commerce Account* (Malvern: The CPCU Society, 2000 – 2013)

----, *Insuring the In Home Business* (Austin: Society of Certified Insurance Counselors, 1998)

----, *Insurance Valuation Problems* (Malvern: The CPCU Society, 1997 – 2013)

----, "It's a Crime Not to Insure! Use New Crime Forms for the Best Coverage," *Resources* (The National Alliance for Insurance Education & Research), (Spring 2001), pp. 10-13.

----, *Law and the Life Insurance Contract* (Pittsboro, NC: Tilden and Associates, 2002)

----, *Leased Properties Exposures* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1997, 2005; Malvern: The CPCU Society, 1998, 2001, 2005, 2013)

----, *Liability Issues and Solutions* (Austin: Society of Certified Insurance Counselors, Inc., 1998)

R. Bryan Tilden and Donald Malecki, *Malecki and Tilden on the CGL*, (Malvern. The CPCU Society, 2003, 2004, 2005)

R. Bryan Tilden, *Medicare Supplement and Long Term Care* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1991, 1992)

EXHIBIT 2

----, *Mergers, Acquisitions and Joint Ventures* (Malvern: The CPCU Society, 2001; Austin: Society of Certified Insurance Counselors, Inc., 2002, 2013)

----, *More Personal Lines Questions and Answers* (Pittsboro, NC: Tilden and Associates, 1997)

----, *N.C. Insurance Statutes and Rules Update, An Agents' Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1992)

----, *Personal Auto Policy* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1990, 1993)

----, *Personal Auto Policy* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Personal Lines Questions and Answers* (Malvern: The CPCU Society, 1997, 1998, 2012)

----, *Personal Lines, Troublesome Problem Areas* (Indianapolis: Independent Insurance Agents of Indiana, 1997, 1998)

----, *Pollution Liability Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1998, 2012)

----, *Pollution and Environmental Liability Coverages* (Malvern: The CPCU Society, 1999, 2012)

R. Bryan Tilden and John P. Young, *Pre-Licensing Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1988, 1993)

R. Bryan Tilden, *Professional Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1994, 1996, 1998)

----, *Problems and Solutions in Buy-Sell Agreements* (Pittsboro, NC: Tilden and Associates, 1998).

----, *Products and Completed Operations* (Malvern: The CPCU Society, 1999)

----, *Properly Insuring Churches, Clubs, Civic Groups and Other Not-For-Profit Organizations* (Austin: Society of Certified Insurance Counselors, Inc., 1991, 1998, 2001)

----, *Property & Liability Innovations and Solutions* (Austin: Society of Certified Insurance Counselors, Inc., 1998, 1999, 2001)

----, "Puzzled About Commercial Auto?" *Resources* (The National Alliance for Insurance Education & Research), (Fall/Winter 2001), pp. 8-9.

----, *Rental Car Exposures and Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1988, 1990, 1992, 1999)

----, *Shared Ownership of Property* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1990, 2001)

----, *Small Employer Group Benefits* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1992)

----, *Split Dollar Plans* (Pittsboro, NC: Tilden and Associates, 1998)

----, *Time Element Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1996, 2001, 2008, 2012)

EXHIBIT 2

*R. BRYAN TILDEN*          *PAGE 7*

----, *Tips, Tricks and Traps of the CGL* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1998, 1999, 2012; Malvern: The CPCU Society, 2000, 2012)

----, *Toxic Mold, Where Is The Coverage?* (Malvern: The CPCU Society, 2003, 2004, 2008, 2010, 2013)

----, *Umbrella and Excess Liability* (Malvern, The CPCU Society, 2004, 2013)

----, *Underwriting Workers Compensation* (Pittsboro, NC: Tilden and Associates, 2003)

----, *Utilizing the New Commercial Coverages* (Albany: Professional Insurance Agents, 2003)

----, *Will the Policy Pay for Rebuilding?* <u>Professional Agent</u> February 1998: 24 - 27

----, *Workers' Compensation* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1997, 2012)

----, *Workers' Compensation: Treating the Exposure* (Malvern: The CPCU Society, 2000)

----, *Workers' Compensation: Underwriting* (Malvern: The CPCU Society, 2000)

**CASES PAST 4 YEARS:**   <u>*Evanston Insurance Company*</u> *v. G & T Builders, Inc., et al,* 7:09-cv-00022-FL, United States District Court, Eastern District of North Carolina.

<u>*National Union Fire Insurance Company of Pittsburgh Pennsylvania*</u> *v. Inter Coastal Diving, Inc.,* 7:10-cv-00115-D, United States District Court for the Eastern District of North Carolina, Eastern Division.

*Factory Mutual Insurance Company, d/b/a Mutual Boiler Re, v.* <u>*Nebraska Beef, Inc. and South Omaha Investors Pack, L.L.C.*</u>, 8:09-CV-159, United States District Court for the District of Nebraska.

*Kinaia Investments, Inc. v.* <u>*Campbell Agency, Inc. d/b/a the Campbell Group*</u>, 006536-NZ-1, Circuit Court for the County of Saginaw, State of Michigan.

<u>*Jeffrey Cook*</u> *v. American Standard Insurance Company of Wisconsin,* 4:10-CV-00699, United States District Court, Western District of Missouri.

*Downtown Development Group, LLC, et al, v.* <u>*Landmark American Insurance Company,*</u> *et al,* 09-6614, Section I, Mag. 4, United States District Court, Eastern District of Louisiana.

*Summit Foods, Inc., d/b/a Madison Foods and Madison Foods, Inc. v.* <u>*Associated Financial Group, LLC*</u>, 62-CV-09-5190, District Court, Second Judicial District, County of Ramsey, State of Minnesota.

*David Wayne McGee v.* <u>*Companion Property and Casualty Insurance Company,*</u> 2010-RCCV-00281, Superior County for the County of Richmond, State of Georgia.

EXHIBIT 2

R. BRYAN TILDEN          PAGE 8

*Emerald Gardens Association v. Emerald Park LLC, Bor-Son Construction, Inc., et al, including Dziedzic Caulking, Inc.,* 62-CV-10-3041, District Court, Second Judicial District, County of Ramsey, Minnesota.

*Simon Finger and Rebecca Finger v. Audubon Insurance Company,* 09-8071, Division D-16, Civil District Court for the Parish of New Orleans, State of Louisiana.

*839 East 19ᵗʰ Street, LP, v. Lexington Insurance Company, Unified Building Sciences, Inc., Cunningham Lindsey U.S., Inc. and Paul Odom,* 4:10-CV-01181, United States District Court for the Southern District of Texas, Houston Division.

*Joshua Spivak and May Matthew Holdings, Inc., v. Benefits Technologies, LLC, Benefits Technologies Division IX, LLC, United Benefits Technologies L.P., and Dwight L. Pierce,* 2:10-CV-04230-JS, United States District Court, Eastern District of Pennsylvania.

*Nu-Mode Manufacturing Company, Inc. v. American Fire & Casualty Company,* 5:10-CV-00135, United States District Court for the Western District of North Carolina, Statesville Division.

*Denis White, et al. v. BB&T Insurance Services, Inc., d/b/a Chaney Thomas, et al.,* 7:10-cv-467, United States District Court for the Western District of Virginia, Roanoke Division.

*Colony Insurance Company v. Charles Peterson; Evergreen Composite Technology, LLC, and Randolph Bank and Trust Company,* 1:10-cv-581, United States District Court for the Middle District of North Carolina, Greensboro Division.

*Millennium Inorganic Chemicals Ltd. and Cristal Inorganic Chemicals Limited v. National Union Fire Insurance Company of Pittsburgh, PA, ACE American Insurance Company, and Marsh USA, Inc.,* 1:09-cv-01893-ELH, United States District Court for the District of Maryland, Northern Division.

*TIC – The Industrial Company Wyoming, Inc. v. Factory Mutual Insurance Company, and IMA of Kansas, Inc.,* 4:10cv3153, United States District Court for the District of Nebraska.

*Colony National Insurance Company v. SLB Toys USA, Inc. et al,* CV11-04950 (PJWx), United States District Court for the Central District of California, Western Division.

*Monte Dale Hargrave v. United Services Automobile Association,* 11-CVS-2512, Superior Court for the County of Durham, North Carolina.

*Harleysville Mutual Insurance Company, et al v. Lighthouse-Keuning Insurance Group,* Arbitration Under the Pennsylvania Uniform Arbitration Act 42 Pa.C.S.A. § 7301 et seq.

EXHIBIT 2

*R. BRYAN TILDEN*          *PAGE 9*

*Paradigm Consultants, Ltd., v. Builders Mutual Insurance Co., et al,* 11-CVS-673, Superior Court for the County of Watauga, North Carolina.

*Norma Jo Trulock Thomas, Administratrix v. Physicians Choice, LLC, and Benchmark Insurance Company,* 09-C-1149, Circuit Court of Kanawha County, West Virginia.

*Charles B. Campbell, III, M.D. et al v. BB&T Insurance Services, Inc., d/b/a/ Blue Ridge Burke Agency, et al,* 11 CvS 2945, Superior Court for the County of Forsyth, North Carolina.

*Lawrence D. Guessford v. Pennsylvania National Mutual Casualty Insurance Company,* 1:12-cv-00360-JAB-LPA, United States District Court for the Middle District of North Carolina.

*C. B. Fleet Company, Inc. v. Colony Specialty Insurance Company,* 1:11-cv-00375, United States District Court for the Northern District of Ohio, Eastern Division.

*Opry Mills Mall, Ltd., et al v. Arch Insurance Company, et al,* 10-1504-IV, Chancery Court for Davidson County, Tennessee.

*Hospitality Enterprises, Inc., et al, v. Westchester Surplus Lines Insurance Company, et al,* 10-12413-D, Civil District Court for the Parish of Orleans, Louisiana.

*Menno Pennink, et al v. Underwriters at Lloyds, et al,* 11-CVS-05555, Superior Court for the County of Durham, North Carolina.

*Brent and Brunette Myers v. First Citizens Bank & Trust Company,* 12 CVS 08569, Superior Court for the County of Wake, North Carolina.

*Orleans Parish School Board, et al v. Lexington Insurance Company and RSUI Indemnity Company, et al,* 2006-7342, Division L, Section 6, Civil District Court for the Parish of Orleans, State of Louisiana.

*Otto Industries North America, Inc., v. The Phoenix Insurance Company,* 3:12-CV-717, United States District Court for the Western District of North Carolina, Charlotte Division.

*Pleasant Valley Baptist Church v. Church Mutual, et. al.,* 12-26503-CZ, Circuit Court for the County of Livingston, Michigan.

*MacMurray College v. Educational & Institutional Ins. Administrators, Inc.,* Arbitration No. 51 195 Y 01446 12, American Arbitration Association, Chicago, Illinois.

*Rolf's Patisserie, Inc. v. The Rockwood Company,* 12-L-1063, County Department, Law Division, Circuit Court of Cook County, Illinois.

*Loretta A. Scott v. Portell, et al,* 11SL-CC00239, Circuit Court for the County of St. Louis, Missouri.

EXHIBIT 2

*R. BRYAN TILDEN*        *PAGE 10*

*Parkers Farm Acquisition, LLC, v. <u>Associated Insurance Agents, Inc.,</u> <u>and Jeffrey R. Mass,</u>* 27-CV-13-12678, District Court for the Fourth Judicial District, County Of Hennepin, Minnesota.

*Philway Products, Inc. v. <u>Berkley Mid-Atlantic,</u> et al,* CV-2012-12-6749, Summit County Court of Common Pleas, Ohio.

<u>*Colony National Insurance Company*</u> *v. Sorenson Medical Inc., et al,* 2:10-cv-74-WOB, United States District Court for the Eastern District of Kentucky, Northern Division at Covington.

*Bowlers Alley, Inc. d/b/a Eastland Bowling Center v. <u>The Cincinnati</u> <u>Insurance Company,</u>* 2:13-cv-13804-PDB-MJH, United States District Court for the Eastern District of Michigan, Southern Division.

*Insurance Commissioner of Puerto Rico v. <u>Guardian Insurance</u> <u>Company,</u> et al,* Case Number CM-2014-40E, In The Office of the Puerto Rico Insurance Commissioner.

*Waldorf Condominium Association, Inc. v. <u>Lexington Insurance</u> <u>Company,</u> et al,* Docket L2877-13, Law Division Ocean County, Superior Court of New Jersey.

*James Bosek, et al v. Auto-Owners Insurance Company and <u>Larson</u> <u>Insurance Services, Inc.,</u>* 21-CV-12-1821, County of Douglas District Court, Seventh Judicial District, State of Minnesota.

EXHIBIT 2