# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:14-cv-02332-CM-JPO |
| vs. | ) ) | |
| THE CLEMENS COAL COMPANY, DENNIS WOOLMAN, and CLAYTON SPENCER | ) ) ) ) ) | |
| Defendants. | ) | |

## WOOLMAN'S REPLY IN SUPPORT OF HIS MOTION TO EXCLUDE FROM EVIDENCE THE TESTIMONY AND REPORT OF R. BRYAN TILDEN

COMES NOW, Defendant Dennis Woolman ("Woolman"), by and through his counsel of record, and replies to Liberty Mutual Fire Insurance Company's ("Liberty Mutual") opposition to Woolman's motion to exclude the expert testimony of Mr. R. Bryan Tilden. For his reply, Woolman states as follows:

### REPLY SUGGESTIONS

Unlike Mr. Tilden, Woolman's expert complied with Fed. R. Civ. P. 26(a)(2)(B) and provided the facts, data, and basis for his opinions. Despite Liberty Mutual's assertions to the contrary, Mr. Tilden did not identify basis and facts supporting each of Mr. Tilden's positions. Instead, Tilden simply provided an incomplete list of documents he reviewed. Tilden admitted his report failed to make specific reference to any facts or data to support his opinions. [Woolman's Motion to Exclude, Exhibit. B, Tilden Depo tr. 38:19-24].

Mr. Tilden did not supplement his report despite his own acknowledgment that there was a lack of reference to facts or data to support his opinions. And, no justification exists for the

1

failure to supplement. Mr. Tilden should be precluded from testifying because his report failed to comply with Fed. R. Civ. P. 26(a)(2)(B).

## CONCLUSION

Mr. Tilden's report is deficient and he should not be permitted to testify as a result of that deficiency. Further, Mr. Tilden's testimony will not be helpful to a jury because it simply pronounces that Liberty Mutual met standards of care without supporting the opinions with facts or data from this case. Tilden's testimony should be excluded.

*Respectfully submitted,*

ENSZ & JESTER, P.C.

JAMES H. ENSZ                             KS #13040
ROBERT O. JESTER                          KS FED #70451
WESLEY J. CARRILLO                        KS #23984
CHRISTOPHER M. NAPOLITANO KS #25499
1100 Main Street, Suite 2121
Kansas City, MO  64105
Telephone:     816-474-8010
Facsimile:     816-471-7910
jensz@enszjester.com
rjester@enszjester.com
wcarrillo@enszjester.com
cnapolitano@enszjester.com
**ATTORNEYS FOR DEFENDANT WOOLMAN**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, the foregoing was filed with the Clerk of the Court using the electronic filing system which will provide notice and service to all counsel of record and was also served *via* United States mail, first class, postage prepaid to:

Bruce A. Moothart, Esq.
Peter Andreone
Charlie J. Harris, Jr.
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main St., Suite 310
Kansas City, MO 64112
bruce@sbhlaw.com
peter@sbhlaw.com
charlie@sbhlaw.com
**Attorneys for Plaintiff**

_____
Attorney for Defendant